IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | DOCKET NO. 3:07 Mj 36 |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| **SAMUEL J. HOFHENKE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

On the government's motion to seal in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal this file until further order of the Court.

IT IS SO ORDERED, this _28th_ day of _February_, 2007, at _2:40_ pm.

_Carl Horn, III_
_____
CARL HORN III
UNITED STATES MAGISTRATE JUDGE